UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANDREW NAPOLITANO, | Case No. 3:24-CV-00358-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |
| v. | [ECF No. 17] |
| KENNETH WILLIAMS, *et. al,* | |
| Defendants. | |

Currently pending before the Court is Defendants' motion for extension of the deadline to file an answer in this case. (ECF No. 17.) For good cause appearing, the Court grants Defendants' motion for extension of time. The answer in this case is now due on **October 8, 2025**.

**IT IS SO ORDERED**.

DATED: September 4, 2025

_____
UNITED STATES MAGISTRATE JUDGE